costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [181 Misc. 129.] [See *post*, p. 978.]

In the Matter of the Arbitration of OLGA BOLTON, as Executrix of JOHN BOLTON, Deceased, Appellant; GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 1039.]

BERNARD CITRON, as a Stockholder of MANGEL STORES CORPORATION and for the Benefit of Stockholders of Said Corporation, Appellant, v. MANGEL STORES CORPORATION et al., Respondents.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 978.]

CARL CARMER, Appellant, v. FARRAR & RINEHART, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW POLLNER and MARTIN YEAGER, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOSEPH A. FROST, Appellant, v. DAVID REDNICK, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of CHARLES M. HARRIS, Respondent, to Compel DAVID L. BLICK, an Attorney, Appellant, to Pay over Certain Moneys.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

S. CHARLES SAVIO, Respondent, v. SYLVESTER W. DEL BELLO, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 978.]

SAN-NAP-PAK MANUFACTURING COMPANY, INC., Respondent, v. FIREMEN'S INSURANCE COMPANY OF NEWARK, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 979.]

RABUSHKA REALTY CORP., Appellant, v. MICHAEL GLEIT, Individually and Doing Business under the Name of REGAL CONSTRUCTION Co., et al., Defendants, and ROBERT M. GLUCK et al., Defendants-Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 1026.]

EILEEN T. THOMPSON, Appellant-Respondent, v. BRISTOL & MARTIN, INC., Respondent-Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

EMPIRE SQUARE REALTY COMPANY, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondent Manufacturers Trust Company. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 1026.]

In the Matter of the Application of SIDNEY M. WITTNER for Reinstatement as an Attorney.— Motion for reinstatement denied. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ANNE P. DASCOMB, Respondent-Appellant, v. NEW YORK TRUST COMPANY et al., Individually and as Trustees, Appellants-Respondents; ELEANOR D. GLAVIN